UNITED STATES of America,
Plaintiff–Appellee,

v.

Sergio Arturo ROSALES, Defendant–
Appellant.

No. 04–40162.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

James Lee Turner, Kathlyn Giannaula
Snyder, Assistant U.S. Attorney, U.S. At-
torney's Office, Houston, TX, for Plaintiff–
Appellee.

Timothy William Crooks, Assistant Fed-
eral Public Defender, Marjorie A. Meyers,
Federal Public Defender, Melissa J. Hino-
josa–Garcia, Federal Public Defender's Of-
fice, Houston, TX, for Defendant–Appel-
lant.

Before KING, Chief Judge, and
DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Sergio Arturo Rosales pleaded guilty to
reentering the United States illegally after
having been deported and after having
been convicted of an "aggravated felony,"
a violation of 8 U.S.C. § 1326(a) and (b).
The district court sentenced him to a 60–

month prison term and to three years of
supervised release.

For the first time on appeal, Rosales
argues that 8 U.S.C. § 1326(b) is unconsti-
tutional under *Apprendi v. New Jersey,*
530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d
435 (2000), because it does not require the
fact of a prior felony or aggravated-felony
conviction to be charged in the indictment
and proved beyond a reasonable doubt.
As Rosales concedes, this argument is
foreclosed by *Almendarez–Torres v. Unit-
ed States,* 523 U.S. 224, 118 S.Ct. 1219, 140
L.Ed.2d 350 (1998), and *Almendarez–Tor-
res* was not overruled by *Apprendi.* See
*United States v. Dabeit,* 231 F.3d 979, 984
(5th Cir.2000).

Rosales also argues that the Supreme
Court's holding in *Blakely v. Washington,*
—— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d
403 (2004), should be applied to sentences
determined under the United States Sen-
tencing Guidelines. He concedes that this
argument is foreclosed by this court's opin-
ion in *United States v. Pineiro,* 377 F.3d
464, 465 (5th Cir.2004), *petition for cert.
filed* (U.S. July 14, 2004) (No. 04–5263),
but he raises it to preserve it for possible
further review.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.